IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_CIVIL_ DIVISION

RECEIVED
2023 JAN 31 A 10:44
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lonnie Johnson
_____
_____
Plaintiff(s),

v.

SGIG Defendant.
_____
_____
Defendant(s).

CIVIL ACTION NO.
3:23-CV-065-RAH-CWB

JURY DEMAND (MARK ONE)
☒ YES    ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Lonnie Johnson 4103 Ford Circle Tuskegee AL 36083

2. Name and address of defendant(s): SGIG Defendant. James T. Dawkins Balch & Bingham LLP 1901 Sixth Avenue North Suite 1500 Birmingham, AL 35203-4642

3. Place of alleged violation of civil rights: Tuskegee AL 36083

4. Date of alleged violation of civil rights: 9-26-22 AD

5. State the facts on which you base your allegation that your constitutional rights have been violated: arrest me and don't want to pay and my damages don't want to pay for it

1

**SCANNED**
TS 01-31-2023

6.  Relief requested:_____
_____
_____
_____
_____
_____
_____
_____

Date: 1-30-23                                   _____/s/_____
                                                 Plaintiff(s) Signature



2

